1817.

KIRK
v.
HODGSON.

KIRK *against* HODGSON and others.

A defendant who appears to have no interest in the cause, but is made a party *pro forma* only, may be examined as a *witness* for his co-defendant, notwithstanding the plaintiff has filed a replication to the answer of such defendant.

*B. ROBINSON*, on the part of the defendant *H. Hodgson*, *September 22d.* moved for an order to examine the defendants *Eastburn* and *Downes*, as witnesses for him. He contended, that it appeared from the pleadings, that they were not interested, and were made defendants, *pro forma.* He cited 1 *P. Wms.* 596. 1 *Johns. Ch. Rep.* 246, 247.

*Emmet*, contra, objected, on the ground that a replication had been filed to the answers of *Eastburn* and *Downes.* He cited 2 *Madd. Ch.* 316., in which it is said, that if the answer of a defendant be replied to, he is considered as interested, and cannot be examined.

THE CHANCELLOR said, he thought the mere fact of filing a replication was not sufficient to prevent the examination of a co-defendant, who appeared by the pleadings not to be interested in the cause. The *dictum* in *Maddock* was without reference to any authority to support it. If the filing a replication, was, of itself, decisive proof of interest, it would be in the power of the plaintiff to deprive a defendant of any witness. The rule to examine these *co-defendants must [ * 551 ] be granted, *subject to all just exceptions;* and if it should appear on the hearing that the co-defendants were interested, their depositions would, of course, be suppressed.

Rule accordingly.